No. 89–716.  WATSTEIN *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 89–720.  AVDEL CORP. *v.* JALIL.  C. A. 3d Cir.  Certiorari denied.

No. 89–721.  AVERBACH *v.* RIVAL MANUFACTURING CO. C. A. 3d Cir.  Certiorari denied.

No. 89–724.  SOUTH DAKOTA ET AL. *v.* KANSAS CITY SOUTHERN RAILWAY CO. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–726.  ACRISON, INC. *v.* HITESMAN.  C. A. 3d Cir. Certiorari denied.

No. 89–731.  FRANK ROSENBERG, INC. *v.* TAZEWELL COUNTY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 89–732.  HANOVER INSURANCE CO. *v.* UNITED STATES. C. A. 1st Cir.  Certiorari denied.

No. 89–734.  BOHANON *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 89–737.  COOK *v.* SUPREME COURT OF INDIANA ET AL. Sup. Ct. Ind.  Certiorari denied.

No. 89–738.  AGIPCOAL USA, INC. *v.* INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 89–740.  MIURA ET AL. *v.* WESTERN UNION INTERNATIONAL, INC.  C. A. 9th Cir.  Certiorari denied.

No. 89–745.  CITY OF ROCKWALL, TEXAS *v.* MCKEE.  C. A. 5th Cir.  Certiorari denied.

No. 89–750.  WILLS *v.* DEPARTMENT OF THE NAVY.  C. A. Fed. Cir.  Certiorari denied.

No. 89–754.  RADIX GROUP INTERNATIONAL, INC. *v.* MCGRIFF TREADING CO., INC.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.